IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGARET HURST | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:11-cv-00906 |
| | § | |
| NCH CORPORATION | § | |
| | § | |
| Defendant | § | JURY TRIAL DEMANDED |
| | § | |
| | § | |

## FINAL ORDER OF DISMISSAL

The Court has reviewed the confidential agreement between the parties which was submitted *in camera*. The Court has also reviewed the Plaintiff's Unopposed Motion to Dismiss All Claims pursuant to the agreement. The Court approves the agreement between the parties as fair and reasonable, and also GRANTS the Plaintiff's Unopposed Motion to Dismiss All Claims.

IT IS THEREFORE ORDERED that all of Plaintiff's claims are dismissed with prejudice.

Signed October 24, 2011.

_____
David C. Godbey
United States District Judge

1